**EXHIBIT 1**

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

BURNETT PLAZA • SUITE 1600
801 CHERRY STREET UNIT #1
FORT WORTH, TEXAS 76102-6881
(817) 347-1700
METRO (214) 969-1799
FAX (817) 347-1799
www.tklaw.com

DIRECT DIAL: (817) 347-1727
EMAIL: Mike.Sheehan@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS
RIO DE JANEIRO

December 30, 2005

CMRRR No. 7002 2410 0003 8012 3812

William B. Federman
Stuart W. Emmons
Federman & Sherwood
2926 Maple Avenue, Suite 200
Dallas, Texas 75201

Re:  Civil Action No. 4-03CV-141-Y;
     Mildred Rosenthal v. Clifton Morris, Jr., et al

Dear Mr. Federman:

In connection with the Order signed on December 13, 2005 by Charles Bleil, John Clay has no responsive documents to Topic 10. However, documents responsive to Topic 9 are enclosed.

By copy of this document, all counsel are being forwarded a true and correct copy of this letter. If you have any questions regarding this matter, please do not hesitate to call me.

Sincerely,

E. Michael Sheehan

William Federman
December 30, 2005
Page 2

cc:   Stephen S. Maris
Joseph Edwards
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
CMRRR No. 7002 2410 0003 8012 3829

Jonathan T. Suder
Michael Cooke
Friedman, Suder & Cooke
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
CMRRR No. 7002 2410 0003 8012 3836

William Federman
December 30, 2005
Page 2

*John R. Clay*
*2617 Mockingbird Ct.*
*Fort Worth, Texas 76109*

To: AmeriCredit Corp.

Date: April 12, 2004

Re: Billing For Services— Special Litigation Committee

02-03-04  through 03-25-04     24.5 hours x $250 = $6,125.00

Principal activities included interview and selection of legal and accounting firms, preparation of affidavit, and deposition.

*John R. Clay*
*2617 Mockingbird Ct.*
*Fort Worth, Texas 76109*

To: AmeriCredit Corp.

Date: July 1, 2004

Re: Billing For Services– Special Litigation Committee

| | | |
|---|---|---|
| 05-01 through 07-01-04 | 9.5 hours x $250 = | $2,375.00 |

Principal activities included planning meeting with T&K, presentation meeting with Company counsel, T&K, KPMG

| | |
|---|---|
| Previous billing for 03-26 through 04-30-04 (no record of payment) | $3,375.00 |
| Total Due | $5,750.00 |

J - C  000002

*John R. Clay*
*2617 Mockingbird Ct.*
*Fort Worth, Texas 76109*

To: AmeriCredit Corp.

Date: March 11, 2005

Re: Billing For Services-- Special Litigation Committee

07-02-04 through 03-11-05          7.75 hours x $250 =                $1937.50

Principal activities included conference call updates and correspondence.

                Total Due                                       $1937.50

J - C  000003

*John R. Clay*
*2617 Mockingbird Ct.*
*Fort Worth, Texas 76109*


To: AmeriCredit Corp.

Date: November 7, 2005

Re: Billing For Services-- Special Litigation Committee

03-12-05 through 11-7-05            13.5 hours x $250 =              $3375.00

Principal activities included conference call updates and review of T&K Report.

Previous billing 7-2-04 through 3-11-05 (no record of payment)       $1937.50

                    Total Due                                        $5312.50

J-C 000004

APPX. 0006