IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MILDRED ROSENTHAL § | |
| § | |
| VS. § | CIVIL ACTION NO.4:03-CV-141-Y |
| § | |
| CLIFTON H. MORRIS, et al. § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day, and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against the plaintiff.

SIGNED August 21, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/kat